| UNITED STATES BANKRUPTCY COURT | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor<br><br>Emmanuel Afolabi Ojofeitimi | Case No.<br><br>13-04201 | |
| Name of Creditor<br>HSBC Bank USA, N.A. | | Court Use Only |
| Name and Address where notices should be sent:<br><br>See Attachment<br><br>Telephone Number:             email: | | ☒ Check this box if this is a change in the address where Notices should be sent. |
| Name and address where Trustee payments should be sent (if different from above):<br><br>See Attachment<br><br>Telephone Number:             email: | | ☒ Check this box if this is a change in the address where payments from the Trustee's Office should be sent. |
| 1. Account Number: xxxxxx3320 | | ☐ Check this box if the account number has changed. |
| 2. Court Claim Number: 13-1 | | |
| 3. Signature:<br><br>Check the appropriate box.<br>☐ I am the creditor.<br>☐ I am the attorney for the creditor.<br>☒ I am the creditor's authorized agent.<br>☐ I am the trustee, or the debtor.<br>☐ I am a guarantor, surety, indorser, or other codebtor.<br><br>I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.<br><br>Printed Name:    Brian K. Jordan<br>Title:           Agent for Creditor<br>Company:         Aldridge Pite, LLP<br><br> /s/ Brian K. Jordan                    August 15, 2016<br>Signature                               Date | | |

**Attachment**

Name and Address where <u>notices</u> should be sent:

HSBC Bank USA, N.A.
Mortgage Service Center
One Mortgage Way
Mt. Laurel, NJ 08054
Mailstop: SV-01


Name and Address where <u>Trustee payments</u> should be sent:

HSBC Bank USA, N.A.
Mortgage Service Center
One Mortgage Way
Mt. Laurel, NJ 08054
Mailstop: SBRP

Former Address:

2001 Bishops Gate Blvd.
Mt. Laurel, NJ 08054

**Aldridge Pite, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF PENNSYLVANIA - WILKES-BARRE DIVISION

| | |
|---|---|
| In re | Case No. 13-04201 |
| Emmanuel Afolabi Ojofeitimi | Chapter 13 |
| Debtor(s). | PROOF OF SERVICE |

I, Kyra A. Lynn, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On August 15, 2016, I served the NOTICE OF CHANGE OF ADDRESS in said cause by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2016         /s/ Kyra A. Lynn
                                       Kyra A. Lynn

## SERVICE LIST

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Emmanuel Afolabi Ojofeitimi
471 Rocky Mountain Drive
P.O. Box 586 Effort, PA 18330


**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Paul Edward Trainor
trainorlawoffices@gmail.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

United States Trustee