IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : NO. 5:13-bk-04201
EMMANUEL AFOLABI OJOFEITIMI, :
    Debtor :

**PRAECIPE FOR CHANGE OF ADDRESS**

TO THE PROTHONOTARY, THE CLERK OF SAID COURT:

    The Debtor, EMMANUEL AFOLABI OJOFEITIMI, by and through his counsel of record, Paul Edward Trainor, Esquire, wish to notify the Court that his correct address is listed below.

EMMANUEL AFOLABI OJOFEITIMI
107-38 164TH PL.
JAMAICA, NY 11433

/s/ Paul Edward Trainor, Esquire
PAUL EDWARD TRAINOR, ESQUIRE
I.D. NO. 35627
Counsel for Debtor(s)
TRAINOR LAW OFFICES, P.C.
1275 Glenlivet Drive, Suite 100
Allentown, PA 18106-3107
(610) 434-7004
(484) 224-2999 Facsimile
trainorlawoffices@gmail.com