```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 13-04201-JJT
Emmanuel Afolabi Ojofeitimi                                         Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: MMchugh            Page 1 of 2           Date Rcvd: Apr 11, 2017
                             Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
4625414         +HSBC Bank USA, N.A.,    Mortgage Service Center,   One Mortgage Way,   Mt. Laurel, NJ 08054,
                  Mailstop: SV 08054-4637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2004-22CB) ecfmail@mwc-law.com
              Alexandra Teresa Garcia    on behalf of Creditor    HSBC BANK USA, N.A. ecfmail@mwc-law.com
              Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
               New York, as Trustee (CWALT 2004-22CB) ecfmail@mwc-law.com
              Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-22CB,
               Mortgage Pass Through Certificates, Series 2004-22CB ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee (CWALT 2004-22CB) ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    HSBC BANK USA, N.A. ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
               2007-2 ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan
               Trust 2004-22CB, Mortgage Pass Through Certificates, Ser ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-22CB,
               Mortgage Pass Through Certificates, Series 2004-22CB ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2004-22CB) ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    HSBC Bank USA, N.A. bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Defendant    REAL TIME RESOLUTIONS, INC.
               JSchwartz@mesterschwartz.com, JOttinger@mesterschwartz.com
              John F. Hacker    on behalf of Creditor Oyindamola  Ojofeitimi jhacker@mfddlaw.com,
               Jfhacker@ptd.net
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-2
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mary F Kennedy    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
               trustee on behalf of CWABS Inc., Asset-Backed Certificates Trust 2007-2 by Green Tree Servicing,
               LLC mary@javardianlaw.com, tami@javardianlaw.com
              Mary F Kennedy    on behalf of Creditor    Green Tree Servicing, LLC, as authorized servicer
               mary@javardianlaw.com, tami@javardianlaw.com
              Paul Edward Trainor    on behalf of Debtor Emmanuel Afolabi Ojofeitimi trainorlawoffices@gmail.com
              Paul Edward Trainor    on behalf of Plaintiff Emmanuel Afolabi Ojofeitimi
               trainorlawoffices@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Thomas I Puleo   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

          Toyota Motor Credit Corporation   Valerie_Sato@toyota.com, Nicole_Rivas@toyota.com

          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

          William E. Craig   on behalf of Creditor   Toyota Motor Credit Corporation mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com

          William E. Craig   on behalf of Creditor   Santander Consumer USA, Inc. mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com

          TOTAL: 25

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:13-bk-04201-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Emmanuel Afolabi Ojofeitimi
107-38 164TH PL.
Jamaica NY 11433

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/10/2017.

Name and Address of Alleged Transferor(s):

Claim No. 13: HSBC Bank USA, N.A., Mortgage Service Center, One Mortgage Way, Mt. Laurel, NJ 08054, Mailstop: SV-01

Name and Address of Transferee:

Nationstar Mortgag, LLC
P.O.Box 619094, Dallas, TX 75261-9741
Nationstar Mortgag, LLC
P.O.Box 619094, Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/13/17

Terrence S. Miller
**CLERK OF THE COURT**