UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  EMMANUEL AFOLABI OJOFEITIMI
AKA: EMMANUEL A. OJOFEITIMI

CHAPTER 13

Debtor(s)

CASE NO: 5-13-04201-JJT

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

MOTION TO DISMISS

vs.

EMMANUEL AFOLABI OJOFEITIMI
AKA: EMMANUEL A. OJOFEITIMI

Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

    AND NOW, comes Charles J. DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire and brings this Motion to Dismiss Case, a statement of which follows:

    1. Debtor(s) filed the above case on August 14, 2013.

    2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

    3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates - 02/11/2014 09/09/2014 03/11/2015 10/14/2015 05/12/2016 09/20/2016 04/06/2017.

    4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

    5. Debtor(s) is currently 2 months in default with arrearages of $1,708.00 through September 20, 2017.

    6. The non-payment of Debtor's plan obligation is

        a. a material default with respect to the confirmed plan; and

        b. an unreasonable delay by Debtor that is prejudicial to creditors.

    7. Dismissal of the case is in the best interest of the creditors and the estate.

8. Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.

Dated: September 20, 2017            Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EMMANUEL AFOLABI OJOFEITIMI
AKA: EMMANUEL A. OJOFEITIMI

CHAPTER 13

Debtor(s)

CASE NO: 5-13-04201-JJT

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

MOTION TO DISMISS

vs.

EMMANUEL AFOLABI OJOFEITIMI
AKA: EMMANUEL A. OJOFEITIMI

Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| October 17, 2017 at 9:00 am | October 17, 2017 at 09:35 AM |
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Max Rosenn U.S. Courthouse | Max Rosenn U.S. Courthouse |
| 197 S. Main Street | 197 S. Main Street |
| Wilkes Barre, PA | Wilkes Barre, PA |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the U.S. Bankruptcy Court, on or before or **Oct 10, 2017**.

2. You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT IMMEDIATELY AFTER YOUR CONFERENCE WITH THE TRUSTEE AND MAY RESULT IN DISMISSAL OF YOUR CASE.**

**PAYMENT IN FULL WILL NOT EXCUSE YOU FROM THE HEARING.**

Dated: September 20, 2017            Charles J. DeHart, III, Trustee

8125 Adams Drive, Suite A  
Hummelstown, PA  17036  
Phone:  (717) 566-6097  
Fax:  (717) 566-8313  
eMail:  dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EMMANUEL AFOLABI OJOFEITIMI
AKA: EMMANUEL A. OJOFEITIMI

CHAPTER 13

Debtor(s)

CASE NO: 5-13-04201-JJT

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

MOTION TO DISMISS

vs.

EMMANUEL AFOLABI OJOFEITIMI
AKA: EMMANUEL A. OJOFEITIMI

    Respondent(s)

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on September 20, 2017.

PAUL E. TRAINOR, ESQUIRE
1275 GLENLIVET DRIVE
SUITE 100
ALLENTOWN, PA 18104-

EMMANUEL AFOLABI OJOFEITIMI
107-38 164TH PL
JAMAICA, NY 11433-

Dated: September 20, 2017

Respectfully submitted,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EMMANUEL AFOLABI OJOFEITIMI
AKA: EMMANUEL A. OJOFEITIMI

CHAPTER 13

Debtor(s)

CASE NO: 5-13-04201-JJT

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

MOTION TO DISMISS

vs.

EMMANUEL AFOLABI OJOFEITIMI
AKA: EMMANUEL A. OJOFEITIMI

Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.