# NYC HEALTH+ HOSPITALS

June 2, 2017

EMMANUEL OJOFEITIMI
107-38 164TH PLACE
JAMAICA, NY 11433

Dear Emmanuel Ojofeitimi:

This letter is to confirm our discussion today that you are being separated from your employment as a managerial employee of NYC Health + Hospitals, effective immediately. As discussed with you, due to organizational realignment and business necessity, your position is being eliminated and will not be backfilled. This decision was made in order to create a more efficient, streamlined and financially sustainable management team and does not reflect on your positive contributions to the System.

While your last day worked will be today, you will remain on payroll until June 16, 2017. Please be advised that by remaining on payroll through June 16, 2017, if you are receiving health care benefits through NYC Health + Hospitals, you will maintain health benefits coverage through June 24, 2017.

To support you during this transition, we have enclosed a separation package with useful information regarding post-employment, including dates and information regarding resource assistance and workshops offered at Central Office and access to free online outplacement support services (see attached index of contents). In addition, you will find included in the separation package, information outlining your options to continue your medical coverage through the Consolidated Omnibus Budget Reconciliation Act (COBRA), if applicable. A COBRA notification package will also be mailed at the address stated above. Please be sure to review this package and submit any required forms, if any and as applicable, in a timely manner. With respect to COBRA, You must forward your selection directly to the health insurance carrier. If you choose to continue your health care coverage through COBRA, your COBRA starting date will be June 25, 2017. Please note that all Management Benefit Fund (MBF) benefits will terminate upon your last date on payroll (June 16, 2017). If you wish to continue MBF benefits you must complete the enclosed "MBF COBRA Continuation of Benefits Application" and forward your selection directly to the Management Benefit Fund.

Please remember to submit your keys, employee identification card and any other NYC Health + Hospitals property to the Human Resources Department. Return of NYC Health + Hospitals property is a pre-requisite to receiving any entitlements to your accrued leave balance.

Once again, we thank you for your service and contributions to the System. Please let us know if we can assist you in any way in the future.

Respectfully,

Peter Maris
Director of Human Resources

c: Payroll
   File

EXHIBIT "A"