```
                                    United States Bankruptcy Court
                                    Middle District of Pennsylvania
In re:                                                                                    Case No. 13-04201-JJT
Emmanuel Afolabi Ojofeitimi                                                               Chapter 13
              Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh                Page 1 of 2              Date Rcvd: Sep 29, 2017
                              Form ID: pdf010              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2017.
db             +Emmanuel Afolabi Ojofeitimi,    107-38 164TH PL.,   Jamaica, NY 11433-2428
cr             +Oyindamola Ojofeitimi,    122-11 Milburn Street,   Springfield Garden, NY 11413-1053
cr             +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
4486183         2001 Bishops Gate Blvd.,    Mt. Laurel, New Jersey   08054-4604
4963718        +8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
4406638         American Express Centurion Bank,    c/o Becket and Lee LLP,   POB 3001,    Malvern PA 19355-0701
4361752        +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
4361753       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America, N.a.,     4161 Piedmont Pkwy,
                  Greensboro, NC  27410)
4728199        +Bayview Loan Servicing,    285 Grand Avenue 200,   Southlake, TX 76092-7657
4361754       ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,     Po Box 85520,   Richmond, VA  23285)
4361755        +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
4361756        +HSBC,   PO Box 5954,    Springfield, OH 45501-5954
4625414        +HSBC Bank USA, N.A.,    Mortgage Service Center,   One Mortgage Way,    Mt. Laurel, NJ 08054,
                  Mailstop: SV 08054-4637
4361757        +Integra,   801 S. Ramport Blvd, Sutie 2,    Las Vegas, NV 89145-4898
4361759         Long Island Plastic Surgery,    Franklin Avenue,   Garden City, NY  11530
4907660        +Nationstar Mortgag, LLC,    P.O.Box 619094, Dallas, TX 75261-9741,    Nationstar Mortgag, LLC,
                  P.O.Box 619094, Dallas, TX 75261-9094
4907659         Nationstar Mortgag, LLC,    P.O.Box 619094, Dallas, TX 75261-9741
4361750        +Ojofeitimi Emmanuel Afolabi,    471 Rocky Mountain Drive,   PO Box 586,    Effort, PA 18330-0586
4361761        +Oyindamoia Ojofeitimi,    122-11 Milburn Street,   Springfield Gardens, NY 11413-1053
4674830        +Oyindamola Ojofeitimi,    122-11 Milburn Street,   Springfield Gardens, NY 11413-1053
4364105         SANTANDER CONSUMER USA,    P.O. BOX 560284,   DALLAS, TX 75356-0284
4443013       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,     19001 South Western Avenue,
                  PO Box 2958,   Torrance, CA 90509)
4539799        +The Bank of New York Mellon FKA The Bank of New Yo,    4425 Ponce de Leon Blvd., 5th Floor,
                  Coral Gables, FL 33146-1837
4361764        +Toyota Motor Credit Co,    1000 Bridgeport Ave # 4t,   Shelton, CT 06484-4660
4366941         Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,   Cedar Rapids, Iowa 52408-8026
4361765        +Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bkdepartment@rtresolutions.com Sep 29 2017 18:52:18
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    Dallas, TX 75247-4029
4411636        +E-mail/Text: bncmail@w-legal.com Sep 29 2017 18:52:18      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4382512         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2017 18:55:22
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
4438820        +E-mail/Text: bankruptcy.bnc@ditech.com Sep 29 2017 18:52:11     Green Tree Servicing LLC,
                 PO BOX 0049,   Palatine, IL 60055-0049,    Telephone 60055-0049
4361758         E-mail/Text: cio.bncmail@irs.gov Sep 29 2017 18:52:10      Internal Revenue Service,
                 PO Box 21126,   Philadelphia, PA  19114
4361760         E-mail/Text: bankruptcynotice@nymcu.org Sep 29 2017 18:52:21      Municipal Credit Union,
                 22 Cortlandt St,   New York, NY  10007
4423287         E-mail/Text: bkdepartment@rtresolutions.com Sep 29 2017 18:52:18      Real Time Resolutions Inc,
                 1349 Empire Central Drive Suite 150,    PO Box 36655,   Dallas, Texas 75247-4029
4361762        +E-mail/Text: bkdepartment@rtresolutions.com Sep 29 2017 18:52:18      Real Time Resolutions,
                 PO Box 35888,   Dallas, TX 75235-0888
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4614864         Santander Consumer USA, Inc.P.O. Box 562088, Suite
4674831*       +Oyindamola Ojofeitimi,    122-11 Milburn Street,   Springfield Gardens, NY 11413-1053
4361763       ##+Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-n,    Dallas, TX 75247-3822
4361751       ##+Trainor Law Offices PC,    1720 Fairmont Street,   Allentown, PA 18104-3118
                                                                                        TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:

          Alexandra Teresa Garcia    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2004-22CB) ecfmail@mwc-law.com
          Alexandra Teresa Garcia    on behalf of Creditor    HSBC BANK USA, N.A. ecfmail@mwc-law.com
          Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
           New York, as Trustee (CWALT 2004-22CB) ecfmail@mwc-law.com
          Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-22CB,
           Mortgage Pass Through Certificates, Series 2004-22CB ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-22CB,
           Mortgage Pass Through Certificates, Series 2004-22CB ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2004-22CB) ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
           York, as Trustee (CWALT 2004-22CB) ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    HSBC BANK USA, N.A. ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
           2007-2 ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan
           Trust 2004-22CB, Mortgage Pass Through Certificates, Ser ecfmail@mwc-law.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    HSBC Bank USA, N.A. bkgroup@kmllawgroup.com
          Jason Brett Schwartz    on behalf of Defendant    REAL TIME RESOLUTIONS, INC.
           JSchwartz@mesterschwartz.com, JOttinger@mesterschwartz.com
          John F. Hacker    on behalf of Creditor Oyindamola  Ojofeitimi jhacker@mfddlaw.com,
           Jfhacker@ptd.net
          Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-2
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Mary F Kennedy    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
           trustee on behalf of CWABS Inc., Asset-Backed Certificates Trust 2007-2 by Green Tree Servicing,
           LLC mary@javardianlaw.com, tami@javardianlaw.com
          Mary F Kennedy    on behalf of Creditor    Green Tree Servicing, LLC, as authorized servicer
           mary@javardianlaw.com, tami@javardianlaw.com
          Nicole Bernadette LaBletta    on behalf of Creditor    NATIONSTAR MORTGAGE LLC nlabletta@udren.com,
           vbarber@udren.com
          Paul Edward Trainor    on behalf of Plaintiff Emmanuel Afolabi Ojofeitimi
           trainorlawoffices@gmail.com
          Paul Edward Trainor    on behalf of Debtor Emmanuel Afolabi Ojofeitimi trainorlawoffices@gmail.com
          Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
           TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-2
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          Toyota Motor Credit Corporation    Valerie_Sato@toyota.com, Nicole_Rivas@toyota.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Toyota Motor Credit Corporation
           ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          William E. Craig    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 26

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
EMMANUEL AFOLABI OJOFEITIMI
AKA EMMANUEL A. OJOFEITIMI

Debtor/Movant

Chapter 13
Case No.: 5:13-bk-04201-JJT

**ORDER FIXING TIME TO FILE COMPLAINT
TO DETERMINE DISCHARGEABILITY**

Debtor(s), having filed a Motion for a Hardship Discharge pursuant to 11 U.S.C. § 1328(b), **IT IS HEREBY**

**ORDERED** that a **HEARING** on the Motion for Hardship Discharge and any responses thereto will be held on Tuesday, **NOVEMBER 7, 2017**, at **9:30** o'clock A.M. in Bankruptcy Courtroom No. 2, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

**IT IS FURTHER ORDERED** that the deadline to file a complaint to determine the dischargeability of any debt under § 523 (a)(2),(4),(6) and (15) of the Bankruptcy Code is set for October 29, 2017.

The Clerk is directed to immediately serve a copy of this Order on all creditors and parties in interest.

Date: September 29, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)

MDPA-Order Setting Complaint Deadline for Hardship Discharge.WPT REV 03/14