```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                    Case No. 13-04201-JJT
Emmanuel Afolabi Ojofeitimi                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: PRatchfor          Page 1 of 2           Date Rcvd: Nov 08, 2017
                             Form ID: ortext          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
db            +Emmanuel Afolabi Ojofeitimi,   107-38 164TH PL.,   Jamaica, NY 11433-2428
cr            +Oyindamola Ojofeitimi,   122-11 Milburn Street,   Springfield Garden, NY 11413-1053
cr            +Santander Consumer USA, Inc.,   P.O. Box 562088, Suite 900 North,   Dallas, TX 75356-2088

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bkdepartment@rtresolutions.com Nov 08 2017 18:54:18
               Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,   Dallas, TX 75247-4029
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2004-22CB) ecfmail@mwc-law.com
              Alexandra Teresa Garcia    on behalf of Creditor    HSBC BANK USA, N.A. ecfmail@mwc-law.com
              Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
               New York, as Trustee (CWALT 2004-22CB) ecfmail@mwc-law.com
              Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-22CB,
               Mortgage Pass Through Certificates, Series 2004-22CB ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2004-22CB) ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee (CWALT 2004-22CB) ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    HSBC BANK USA, N.A. ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
               2007-2 ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan
               Trust 2004-22CB, Mortgage Pass Through Certificates, Ser ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-22CB,
               Mortgage Pass Through Certificates, Series 2004-22CB ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)     dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    HSBC Bank USA, N.A. bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Defendant    REAL TIME RESOLUTIONS, INC.
               JSchwartz@mesterschwartz.com, JOttinger@mesterschwartz.com
              John F. Hacker    on behalf of Creditor Oyindamola Ojofeitimi jhacker@mfddlaw.com,
               Jfhacker@ptd.net
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-2
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mary F Kennedy    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
               trustee on behalf of CWABS Inc., Asset-Backed Certificates Trust 2007-2 by Green Tree Servicing,
               LLC mary@javardianlaw.com, tami@javardianlaw.com
              Mary F Kennedy    on behalf of Creditor    Green Tree Servicing, LLC, as authorized servicer
               mary@javardianlaw.com, tami@javardianlaw.com

```
District/off: 0314-5          User: PRatchfor         Page 2 of 2             Date Rcvd: Nov 08, 2017
                              Form ID: ortext         Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Nicole Bernadette LaBletta   on behalf of Creditor   NATIONSTAR MORTGAGE LLC nlabletta@udren.com, vbarber@udren.com
      Paul Edward Trainor   on behalf of Plaintiff Emmanuel Afolabi Ojofeitimi trainorlawoffices@gmail.com
      Paul Edward Trainor   on behalf of Debtor 1 Emmanuel Afolabi Ojofeitimi trainorlawoffices@gmail.com
      Thomas I Puleo   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      Toyota Motor Credit Corporation   Valerie_Sato@toyota.com, Nicole_Rivas@toyota.com
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov
      William E. Craig   on behalf of Creditor   Toyota Motor Credit Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
      William E. Craig   on behalf of Creditor   Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

      TOTAL: 26

Order Text Entries (Form ortext) (03/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Emmanuel Afolabi Ojofeitimi<br>aka Emmanuel A. Ojofeitimi<br>**Debtor(s)** | Chapter: 13<br>Case number: 5:13−bk−04201−JJT |

## ORDER

Order granting Motion for a Hardship Discharge for the reasons set forth on the record after a hearing held November 7, 2017. The Clerk is directed to enter a Hardship Discharge . IT IS SO ORDERED on 11/8/2017. /s/John J. Thomas (RE: related document(s)159, [164]). (Ratchford, Patricia)