```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                  Case No. 13-04201-JJT
Emmanuel Afolabi Ojofeitimi                                             Chapter 13
                   Debtor          CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh                 Page 1 of 2           Date Rcvd: Nov 09, 2017
                              Form ID: 3180WH               Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db         +Emmanuel Afolabi Ojofeitimi,    107-38 164TH PL.,    Jamaica, NY 11433-2428
cr         +Oyindamola Ojofeitimi,    122-11 Milburn Street,    Springfield Garden, NY 11413-1053
4486183     2001 Bishops Gate Blvd.,    Mt. Laurel, New Jersey   08054-4604
4963718    +8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
4728199    +Bayview Loan Servicing,    285 Grand Avenue 200,    Southlake, TX 76092-7657
4361756    +HSBC,   PO Box 5954,   Springfield, OH 45501-5954
4625414    +HSBC Bank USA, N.A.,   Mortgage Service Center,    One Mortgage Way,   Mt. Laurel, NJ 08054,
             Mailstop: SV 08054-4637
4361757    +Integra,   801 S. Ramport Blvd, Sutie 2,    Las Vegas, NV 89145-4898
4361759     Long Island Plastic Surgery,    Franklin Avenue,    Garden City, NY   11530
4907660    +Nationstar Mortgag, LLC,    P.O.Box 619094, Dallas, TX 75261-9741,    Nationstar Mortgag, LLC,
             P.O.Box 619094, Dallas, TX 75261-9094
4907659     Nationstar Mortgag, LLC,    P.O.Box 619094, Dallas, TX 75261-9741
4361750    +Ojofeitimi Emmanuel Afolabi,    471 Rocky Mountain Drive,    PO Box 586,   Effort, PA 18330-0586
4361761    +Oyindamoia ojofeitimi,    122-11 Milburn Street,    Springfield Gardens, NY 11413-1053
4674830    +Oyindamola Ojofeitimi,    122-11 Milburn Street,    Springfield Gardens, NY 11413-1053
4539799    +The Bank of New York Mellon FKA The Bank of New Yo,    4425 Ponce de Leon Blvd., 5th Floor,
             Coral Gables, FL 33146-1837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: bkdepartment@rtresolutions.com Nov 09 2017 19:00:13
             Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    Dallas, TX 75247-4029
cr          +EDI: DRIV.COM Nov 09 2017 18:58:00      Santander Consumer USA, Inc.,
             P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
4411636     +E-mail/Text: bncmail@w-legal.com Nov 09 2017 19:00:12      ALTAIR OH XIII, LLC,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4406638      EDI: BECKLEE.COM Nov 09 2017 18:58:00      American Express Centurion Bank,
             c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
4382512      EDI: AIS.COM Nov 09 2017 18:58:00      American InfoSource LP as agent for,   Verizon,
             PO Box 248838,   Oklahoma City, OK   73124-8838
4361752     +EDI: AMEREXPR.COM Nov 09 2017 18:58:00      Amex,   Po Box 297871,
             Fort Lauderdale, FL 33329-7871
4361753      EDI: BANKAMER.COM Nov 09 2017 18:58:00      Bank Of America, N.a.,   4161 Piedmont Pkwy,
             Greensboro, NC   27410
4361754      EDI: CAPITALONE.COM Nov 09 2017 18:58:00      Cap One,   Po Box 85520,   Richmond, VA   23285
4361755     +EDI: CHASE.COM Nov 09 2017 18:58:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
4438820     +E-mail/Text: bankruptcy.bnc@ditech.com Nov 09 2017 19:00:02      Green Tree Servicing LLC,
             PO BOX 0049,   Palatine, IL 60055-0049,    Telephone 60055-0049
4361758      EDI: IRS.COM Nov 09 2017 18:58:00      Internal Revenue Service,   PO Box 21126,
             Philadelphia, PA  19114
4361760      E-mail/Text: bankruptcynotice@nymcu.org Nov 09 2017 19:00:16      Municipal Credit Union,
             22 Cortlandt St,   New York, NY  10007
4423287      E-mail/Text: bkdepartment@rtresolutions.com Nov 09 2017 19:00:13      Real Time Resolutions Inc,
             1349 Empire Central Drive Suite 150,    PO Box 36655,   Dallas, Texas 75247-4029
4361762     +E-mail/Text: bkdepartment@rtresolutions.com Nov 09 2017 19:00:13      Real Time Resolutions,
             PO Box 35888,   Dallas, TX 75235-0888
4364105      EDI: DRIV.COM Nov 09 2017 18:58:00      SANTANDER CONSUMER USA,    P.O. BOX 560284,
             DALLAS, TX 75356-0284
4361763     +EDI: DRIV.COM Nov 09 2017 18:58:00      Santander Consumer Usa,   8585 N Stemmons Fwy Ste 1100-n,
             Dallas, TX 75247-3822
4443013      EDI: TFSR.COM Nov 09 2017 18:58:00      Toyota Motor Credit Corporation,
             19001 South Western Avenue,    PO Box 2958,   Torrance, CA 90509
4361764     +EDI: TFSR.COM Nov 09 2017 18:58:00      Toyota Motor Credit Co,   1000 Bridgeport Ave # 4t,
             Shelton, CT 06484-4660
4366941      EDI: TFSR.COM Nov 09 2017 18:58:00      Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
             Cedar Rapids, Iowa 52408-8026
4361765     +EDI: VERIZONEAST.COM Nov 09 2017 18:58:00      Verizon,   500 Technology Dr Ste 30,
             Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4614864      Santander Consumer USA, Inc.P.O. Box 562088, Suite
4674831*    +Oyindamola Ojofeitimi,    122-11 Milburn Street,   Springfield Gardens, NY 11413-1053
4361751    ##+Trainor Law Offices PC,    1720 Fairmont Street,   Allentown, PA 18104-3118
                                                                                  TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2017 at the address(es) listed below:

```
          Alexandra Teresa Garcia    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2004-22CB) ecfmail@mwc-law.com
          Alexandra Teresa Garcia    on behalf of Creditor    HSBC BANK USA, N.A. ecfmail@mwc-law.com
          Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
           New York, as Trustee (CWALT 2004-22CB) ecfmail@mwc-law.com
          Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-22CB,
           Mortgage Pass Through Certificates, Series 2004-22CB ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-22CB,
           Mortgage Pass Through Certificates, Series 2004-22CB ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2004-22CB) ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
           York, as Trustee (CWALT 2004-22CB) ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    HSBC BANK USA, N.A. ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
           2007-2 ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan
           Trust 2004-22CB, Mortgage Pass Through Certificates, Ser ecfmail@mwc-law.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    HSBC Bank USA, N.A. bkgroup@kmllawgroup.com
          Jason Brett Schwartz    on behalf of Defendant    REAL TIME RESOLUTIONS, INC.
           JSchwartz@mesterschwartz.com, JOttinger@mesterschwartz.com
          John F. Hacker    on behalf of Creditor Oyindamola  Ojofeitimi jhacker@mfddlaw.com,
           Jfhacker@ptd.net
          Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-2
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Mary F Kennedy    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
           trustee on behalf of CWABS Inc., Asset-Backed Certificates Trust 2007-2 by Green Tree Servicing,
           LLC mary@javardianlaw.com, tami@javardianlaw.com
          Mary F Kennedy    on behalf of Creditor    Green Tree Servicing, LLC, as authorized servicer
           mary@javardianlaw.com, tami@javardianlaw.com
          Nicole Bernadette LaBletta    on behalf of Creditor    NATIONSTAR MORTGAGE LLC nlabletta@udren.com,
           vbarber@udren.com
          Paul Edward Trainor    on behalf of Plaintiff Emmanuel Afolabi Ojofeitimi
           trainorlawoffices@gmail.com
          Paul Edward Trainor    on behalf of Debtor 1 Emmanuel Afolabi Ojofeitimi
           trainorlawoffices@gmail.com
          Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
           TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-2
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          Toyota Motor Credit Corporation    Valerie_Sato@toyota.com, Nicole_Rivas@toyota.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Toyota Motor Credit Corporation
           ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          William E. Craig    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 26
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Emmanuel Afolabi Ojofeitimi** | Social Security number or ITIN   xxx–xx–2714 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ |
| | | EIN   __–_____ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:13–bk–04201–JJT** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(b) is granted to:

Emmanuel Afolabi Ojofeitimi
aka Emmanuel A. Ojofeitimi

**By the court:**   _[signature]_

November 9, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: MMchugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge Before Completion of a Chapter 13 Plan**

The court has determined that the debtors are entitled to a discharge pursuant to 11 U.S.C. § 1328(b) without completing all of the requirements under the chapter 13 plan. A discharge pursuant to § 1328(b) is referred to as a "hardship discharge."

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

**For more information, see page 2 >**

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**