```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 13-04201-JJT
Emmanuel Afolabi Ojofeitimi                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: REshelman      Page 1 of 2            Date Rcvd: Feb 13, 2018
                         Form ID: fnldec      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2018.
db             #+Emmanuel Afolabi Ojofeitimi,    107-38 164TH PL.,    Jamaica, NY 11433-2428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2004-22CB) ecfmail@mwc-law.com
              Alexandra Teresa Garcia    on behalf of Creditor    HSBC BANK USA, N.A. ecfmail@mwc-law.com
              Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
               New York, as Trustee (CWALT 2004-22CB) ecfmail@mwc-law.com
              Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-22CB,
               Mortgage Pass Through Certificates, Series 2004-22CB ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2004-22CB) ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee (CWALT 2004-22CB) ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    HSBC BANK USA, N.A. ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
               2007-2 ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan
               Trust 2004-22CB, Mortgage Pass Through Certificates, Ser ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-22CB,
               Mortgage Pass Through Certificates, Series 2004-22CB ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    HSBC Bank USA, N.A. bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Defendant    REAL TIME RESOLUTIONS, INC.
               JSchwartz@mesterschwartz.com, JOttinger@mesterschwartz.com
              John F. Hacker    on behalf of Creditor Oyindamola    Ojofeitimi jhacker@mfddlaw.com,
               Jfhacker@ptd.net
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-2
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mary F Kennedy    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
               trustee on behalf of CWABS Inc., Asset-Backed Certificates Trust 2007-2 by Green Tree Servicing,
               LLC mary@javardianlaw.com, tami@javardianlaw.com
              Mary F Kennedy    on behalf of Creditor    Green Tree Servicing, LLC, as authorized servicer
               mary@javardianlaw.com, tami@javardianlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Nicole Bernadette LaBletta   on behalf of Creditor   NATIONSTAR MORTGAGE LLC nlabletta@udren.com, vbarber@udren.com

        Paul Edward Trainor   on behalf of Plaintiff Emmanuel Afolabi Ojofeitimi trainorlawoffices@gmail.com

        Paul Edward Trainor   on behalf of Debtor 1 Emmanuel Afolabi Ojofeitimi trainorlawoffices@gmail.com

        Thomas I Puleo   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

        Toyota Motor Credit Corporation   Valerie_Sato@toyota.com, Nicole_Rivas@toyota.com

        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

        William E. Craig   on behalf of Creditor   Toyota Motor Credit Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

        William E. Craig   on behalf of Creditor   Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

        TOTAL: 26

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Emmanuel Afolabi Ojofeitimi  
aka Emmanuel A. Ojofeitimi  
107−38 164TH PL.  
Jamaica, NY 11433

Chapter 13  
Case No. 5:13−bk−04201−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−2714

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: February 13, 2018

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: REshelman, Deputy Clerk